# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01048-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

　　　On October 21, 2025, a stipulation was filed requesting an extension from October 21, 2025 to November 20, 2025 for Defendant to respond to Plaintiff's complaint. (ECF No. 11.)

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to Plaintiff's complaint **on or before November 20, 2025**; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __October 23, 2025__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge