# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EBONY MCDOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01048-SAB<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 20) |

Plaintiff Ebony Mcdowell commenced this action on August 20, 2025, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits. (ECF No. 1.) The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 8, 10, 21.) On March 13, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation (ECF No. 20);

2. All pending dates and matters are VACATED; and

/ / /

/ / /

/ / /

3.      Judgment is ENTERED in favor of Plaintiff Ebony Mcdowell and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2