# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY MCDOWELL,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:25-cv-01048-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 24) |

On April 8, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (ECF No. 24.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of ELEVEN THOUSAND THIRTY-SEVEN AND 76/100 ($11,037.76) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:  **April 9, 2026**             

           STANLEY A. BOONE
           United States Magistrate Judge

1